No. 99–5525. DICKERSON v. UNITED STATES. C. A. 4th Cir. [Certiorari granted, 528 U. S. 1045.] Motion of the Solicitor General for divided argument granted.

No. 99–8016. ABRAM v. LAXTON ET AL. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until April 24, 2000, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 99–8516. IN RE TOWNE; and
No. 99–8593. IN RE SILAS. Petitions for writs of habeas corpus denied.

No. 99–8353. IN RE DEPREE. Petition for writ of mandamus denied.

No. 99–7987. IN RE LUKENS. Petition for writ of mandamus and/or prohibition denied.

No. 99–1235. GREEN TREE FINANCIAL CORP.-ALABAMA ET AL. v. RANDOLPH. C. A. 11th Cir. Certiorari granted.

No. 99–603. LEGAL SERVICES CORPORATION v. VELAZQUEZ ET AL.; and
No. 99–960. UNITED STATES v. VELAZQUEZ ET AL. C. A. 2d Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 164 F. 3d 757.

No. 98–994. SAMMY'S OF MOBILE, LTD., ET AL. v. CITY OF MOBILE. C. A. 11th Cir. Certiorari denied.

No. 98–1935. DEJA VU OF NASHVILLE, INC., ET AL. v. METROPOLITAN GOVERNMENT OF NASHVILLE ET AL.; and
No. 98–2021. D. L. S., INC., DBA DIAMONDS AND LACE SHOWBAR, ET AL. v. CITY OF CHATTANOOGA ET AL. C. A. 6th Cir. Certiorari denied. Reported below: 172 F. 3d 873.